**FILED**

AUG 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## E-filing

**JF**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

*Bloodsaw Theopric*
                    Plaintiff,
                    *et al.*

vs.

*Sullenger L.*
*DeMeo P.*
*O'Donnell D.J.*
                    Defendant.

**CV. NO. 08    3772**

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS**

**(PR)**

I, *Bloodsaw T.*, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes _____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  *In the year of 2000 at San Quentin State Pr-*

5  *ison I had no pay number. Prior to that, Im di-*

6  *sable and homeless. (ADA).*

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9      a.    Business, Profession or                    Yes ____ No __✓__

10            self employment

11     b.    Income from stocks, bonds,              Yes __✓__ No ____

12            or royalties?

13     c.    Rent payments?                            Yes ____ No __✓__

14     d.    Pensions, annuities, or                   Yes ____ No __✓__

15            life insurance payments?

16     e.    Federal or State welfare payments,        Yes ____ No __✓__

17            Social Security or other govern-

18            ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  *$13.00 From my Aunt on 1-14-08 serial No.*

22  *200679669335*

23  3.    Are you married?                            Yes ____ No __✓__

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.    a.    List amount you contribute to your spouse's support:$ ___*N/A*___

1    b.    List the persons other than your spouse who are dependent upon you for

2    support and indicate how much you contribute toward their support. (NOTE:

3    For minor children, list only their initials and ages. DO NOT INCLUDE

4    THEIR NAMES.).

5    *N/A*

6    _____

7    5.    Do you own or are you buying a home?    Yes ____ No ✓

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.    Do you own an automobile?    Yes ____ No ✓

10    Make _____ Year _____ Model _____

11    Is it financed? Yes _____ No _____ If so, Total due: $_____

12    Monthly Payment: $_____

13    7.    Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

14    Name(s) and address(es) of bank: _____

15    _____

16    Present balance(s): $_____

17    Do you own any cash? Yes ____ No ✓ Amount: $_____

18    Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19    market value.) Yes ____ No ✓

20    _____

21    8.    What are your monthly expenses?

22    Rent: $ *N/A*    Utilities: *N/A*

23    Food: $ *N/A*    Clothing: *N/A*

24    Charge Accounts:

25    | Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
26 | _____ | $ _____ | $ _____ |
27 | _____ | $ _____ | $ _____ |
28 | _____ | $ _____ | $ _____ |

9.      Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)

_N/A_

10.     Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ✓  No ____

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_CV-20505-JF-530; CV-00752-JF-550_

        I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

        I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_7-7-08_                              _T. Bloodsaw_
DATE                                    SIGNATURE OF APPLICANT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case Number:_____

# CERTIFICATION OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Theopric Kent Bloodsaw  P20045</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>0.98</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>0.98</u>.        (20%= $0.20)

Dated: 7/14/08                    ⟋ Uew  acct for

                                        Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-14-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY ⟋ Kleppin
TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 14, 2008

ACCOUNT NUMBER : P20045                    BED/CELL NUMBER: BF08L 000000113L
ACCOUNT NAME   : BLOODSAW, THEOPRIC KENT    ACCOUNT TYPE: I
PRIVILEGE GROUP: C

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|------|-------------|---------|-----------|----------|-------------|---------|
| 01/01/2008 | | BEGINNING BALANCE | | | | | 0.00 |
| 01/14 | *DD30 | CASH DEPOSIT | 2981 #138 | | 5.85 | | 5.85 |
| 01/15 | W516 | LEGAL COPY CH | 3013 | | | 1.90 | 3.95 |
| 01/17 | W512 | LEGAL POSTAGE | 3049 | | | 0.20 | 3.75 |
| 01/17 | W512 | LEGAL POSTAGE | 3049 | | | 1.31 | 2.44 |
| 01/22 | W513 | MISC. CHARGES | 3121 | | | 0.20 | 2.24 |
| 01/31 | W919 | REVERSE LEGAL | 3295/3049 | | | 1.27- | 3.51 |
| 01/31 | W215 | FEDERAL FILIN | 3295 1/14 | | | 1.17 | 2.34 |
| 01/31 | W212 | FEDERAL FILIN | 3295 1/14 | | | 1.17 | 1.17 |
| 01/31 | W212 | FEDERAL FILIN | 3295 1/14 | | | 1.17 | 0.00 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 02/05/2008 | H116 | FEDERAL FILING FEE HOLD | 3408 INI | 0.30 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/13/02                    CASE NUMBER: YA053506
COUNTY CODE: LA                             FINE AMOUNT: $    250.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 01/01/2008 | | BEGINNING BALANCE | | 240.00 |
| 01/14/08 | DR30 | REST DED-CASH DEPOSIT | 6.50- | 233.50 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
ATTEST: 7-14-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Kleppin_
TRUST OFFICE

PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 14, 2008

ACCT: P20045      ACCT NAME: BLOODSAW, THEOPRIC KENT      ACCT TYPE: I

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 5.85 | 5.85 | 0.00 | 0.30 | 0.00 |

CURRENT
AVAILABLE
BALANCE
----------------
0.30-



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:  7-14-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE